L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CEDRIC ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-10-211 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO MOVE THE DATE FOR ARRAIGNMENT FROM JUNE 18, 2010 TO JUNE 16, 2010 AT 2:00 PM. |
| v. | ) | |
| CEDRIC ROBERSON, | ) | |
| | ) | Judge: Kimberly J. Mueller |
| Defendants. | ) | Date:   June 16, 2010 |
| | ) | Time:   2:00 p.m. |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Cedric Roberson, by and through his defense counsel, Bruce Locke, and the United States of America, by and through its counsel, Assistant United States Attorney R. Steven Lapham, that the date presently set for arraignment should be moved from June 18, 2010 to June 16, 2010 at 2:00 p.m.

DATED: June 11, 2010                    /S/ Bruce Locke
                                        BRUCE LOCKE
                                        Attorney for Cedric Roberson

DATED: June 11, 2010                    /S/ Bruce Locke
                                        For R. STEVEN LAPHAM
                                        Attorney for the United States

        IT IS SO ORDERED.

DATED: June 11, 2010.

                                        [signature]
                                        U.S. MAGISTRATE JUDGE