1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.438.7721

4  Attorney for Defendant
   GREGORY ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:10-CR-0211 FCD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| GREGORY ROSS, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Steven Lapham, Assistant United States Attorney, attorney for plaintiff, Michael E. Hansen, attorney for defendant Gregory Ross, Douglas Beevers, attorney for defendant Terry Roberson, Bruce Locke, attorney for defendant Cedric Roberson, Erin Radekin, attorney for defendant Angelique Marshall, Olaf Hedberg, attorney for defendant Eva Green, Michael Bigelow, attorney for defendant Anjenette Brown, Scott Tedmon, attorney for defendant Vennie Abram, David Fischer, attorney for defendant Volaney Harris, Hayes Gable, attorney for defendant Felecia Edwards, Dina Santos, attorney for defendant Melissa Geddes, Michael Chastaine, attorney for defendant Kevin Wallace, and Kelly Babineau, attorney for defendant Waiki Pryor, that the previously-scheduled status conference date of June 28, 2010, be vacated and the matter set for status conference on August 30, 2010.

This continuance is requested to allow counsel to adequately prepare for trial. Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the

1 date this stipulation is lodged, through August 30, 2010, should be excluded in computing time
2 within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§
3 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense counsel to
4 prepare).

5 Dated:  June 25, 2010                                       Respectfully submitted,

7                                                             /s/ Michael E. Hansen
                                                              MICHAEL E. HANSEN
                                                              Attorney for Defendant
8                                                             GREGORY ROSS

9 Dated:  June 25, 2010                                       /s/ Douglas Beevers
                                                              DOUGLAS BEEVERS
10                                                            Attorney for Defendant
                                                              TERRY ROBERSON

12 Dated:  June 25, 2010                                      /s/ Bruce Locke
                                                              BRUCE LOCKE
                                                              Attorney for Defendant
13                                                            CEDRIC ROBERSON

14 Dated:  June 25, 2010                                      /s/ Erin Radekin
                                                              ERIN RADEKIN
15                                                            Attorney for Defendant
                                                              ANGELIQUE MARSHALL

17 Dated:  June 25, 2010                                      /s/ Olaf Hedberg
                                                              OLAF HEDBERG
                                                              Attorney for Defendant
18                                                            EVA GREEN

19 Dated:  June 25, 2010                                      /s/ Michael Bigelow
                                                              MICHAEL BIGELOW
20                                                            Attorney for Defendant
                                                              ANJENETTE BROWN

22 Dated:  June 25, 2010                                      /s/ Scott Tedmon
                                                              SCOTT TEDMON
                                                              Attorney for Defendant
23                                                            VENNIE ABRAM

24 Dated:  June 25, 2010                                      /s/ David Fischer
                                                              DAVID FISCHER
25                                                            Attorney for Defendant
                                                              VOLANEY HARRIS

27 Dated:  June 25, 2010                                      /s/ Hayes Gable
                                                              HAYES GABLE
                                                              Attorney for Defendant
28                                                            FELECIA EDWARDS

**Stipulation and Order to Continue Status Conference**

| | | |
|---|---|---|
| Dated:  June 25, 2010 | | /s/ Dina Santos<br>DINA SANTOS<br>Attorney for Defendant<br>MELISSA GEDDES |
| Dated:  June 25, 2010 | | /s/ Michael Chastaine<br>MICHAEL CHASTAINE<br>Attorney for Defendant<br>KEVIN WALLACE |
| Dated:  June 25, 2010 | | /s/ Kelly Babineau<br>KELLY BABINEAU<br>Attorney for Defendant<br>WAIKI PRYOR |
| Dated:  June 25, 2010 | | /s/ Steven Lapham<br>STEVEN LAPHAM<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

### ORDER

IT IS HEREBY ORDERED that the previously-scheduled status conference date of June 28, 2010, be vacated and the matter set for status conference on August 30, 2010. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated:  June 25, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Status Conference**