L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CEDRIC ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> CEDRIC ROBERSON, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No.  CR. S-10-211 FCD <br><br> AMENDED STIPULATION TO CONTINUE THE STATUS CONFERENCE FROM AUGUST 30, 2010 TO NOVEMBER 1, 2010 AT 10:00 A.M. |

IT IS HEREBY STIPULATED AND AGREED between the following 13 defendants: Terry Roberson, Cedric Roberson, Angelique Marshall, Eva Green, Aisha Stephens, Angenette Brown, Vennie Abram, Volaney Harris, Felecia Edwards, Melissa Geddes, Gregory Ross, Kevin Wallace, and Waiki Pryor, by and through their undersigned defense counsel and the United States of America by and through its counsel, Assistant U.S. Attorney Steven Lapham, that the status conference presently set for August 30, 2010 should be continued to November 1, 2010 at 10:00 a.m.

The reason for the continuance is that the parties are engaged in reviewing the discovery and discussing resolution of the case without the need for a trial and additional time is needed to accomplish these two tasks. Accordingly, the time between August 30, 2010 and November 1, 2010 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.   The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Mr. Lapham and other defense counsel have authorized Mr. Locke to sign this pleading for them.

1

| | | |
|---|---|---|
| 2 | DATED: August 25, 2010 | /S/ Bruce Locke |
| 3 | | BRUCE LOCKE<br>Attorney for Cedric Roberson |
| 4 | DATED: August 25, 2010 | /S/ Bruce Locke |
| 5 | | For DOUGLAS J. BEEVERS<br>Attorney for Terry Roberson |
| 6 | DATED: August 25, 2010 | /S/ Bruce Locke |
| 7 | | For ERIN JOLENE RADEKIN<br>Attorney for Angelique Marshall |
| 8 | DATED: August 25, 2010 | /S/ Bruce Locke |
| 9 | | For OLAF WILLIAM HEDBERG<br>Attorney for Eva Green |
| 10 | DATED: August 25, 2010 | /S/ Bruce Locke |
| 11 | | For PREETI KAUR BAJWA<br>Attorney for Aisha Stephens |
| 12 | DATED: August 25, 2010 | /S/ Bruce Locke |
| 13 | | For MICHAEL BRADLEY BIGELOW<br>Attorney for Anjenette Brown |
| 14 | DATED: August 25, 2010 | /S/ Bruce Locke |
| 15 | | For SCOTT L. TEDMON<br>Attorney for Vennie Abram |
| 16 | DATED: August 25, 2010 | /S/ Bruce Locke |
| 17 | | For DAVID DELMER FISCHER<br>Attorney for Volaney Harris |
| 18 | DATED: August 25, 2010 | /S/ Bruce Locke |
| 19 | | For HAYES H. GABLE, III<br>Attorney for Felecia Edwards |
| 20 | DATED: August 25, 2010 | /S/ Bruce Locke |
| 21 | | For DINA LEE SANTOS<br>Attorney for Melissa Geddes |
| 22 | DATED: August 25, 2010 | /S/ Bruce Locke |
| 23 | | For MICHAEL E. HANSEN<br>Attorney for Gregory Ross |
| 24 | DATED: August 25, 2010 | /S/ Bruce Locke |
| 25 | | For MICHAEL L. CHASTAINE<br>Attorney for Kevin Wallace |
| 26 | DATED: August 25, 2010 | /S/ Bruce Locke |
| 27 | | For KELLY BABINEAU<br>Attorney for Waiki Pryor |

DATED: August 25, 2010                  /S/ Bruce Locke
                                                          For ROBERT STEVEN LAPHAM
                                                          Attorney for the United States

IT IS SO ORDERED.

DATED:   August 26, 2010

                                               FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE