L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CEDRIC ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CEDRIC ROBERSON, et al.,<br><br>　　　　Defendants. | No.　CR. S-10-211 FCD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE FROM NOVEMBER 1, 2010 TO JANUARY 10, 2011 AT 10:00 A.M. |

　　　　IT IS HEREBY STIPULATED AND AGREED between the following 13 defendants: Terry Roberson, Cedric Roberson, Angelique Marshall, Eva Green, Aisha Stephens, Angenette Brown, Vennie Abram, Volaney Harris, Felecia Edwards, Melissa Geddes, Gregory Ross, Kevin Wallace, and Waiki Pryor, by and through their undersigned defense counsel and the United States of America by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the status conference presently set for November 1, 2010 should be continued to January 10, 2011 at 10:00 a.m.

　　　　The reason for the continuance is that the parties are engaged in reviewing the discovery and discussing resolution of the case without the need for a trial and additional time is needed to accomplish these two tasks. The government is in the process of making plea offers to the various defendants. Accordingly, the time between November 1, 2010 and January 10, 2011 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Dolan and other defense counsel have authorized Mr. Locke to sign this pleading for them.

1

2  DATED: October 27, 2010                     /S/ Bruce Locke
                                               BRUCE LOCKE
3                                              Attorney for Cedric Roberson

4  DATED: October 27, 2010                     /S/ Bruce Locke
                                               For DOUGLAS J. BEEVERS
5                                              Attorney for Terry Roberson

6  DATED: October 27, 2010                     /S/ Bruce Locke
                                               For ERIN JOLENE RADEKIN
7                                              Attorney for Angelique Marshall

8  DATED: October 27, 2010                     /S/ Bruce Locke
                                               For OLAF WILLIAM HEDBERG
9                                              Attorney for Eva Green

10 DATED: October 27, 2010                     /S/ Bruce Locke
                                               For PREETI KAUR BAJWA
11                                             Attorney for Aisha Stephens

12 DATED: October 27, 2010                     /S/ Bruce Locke
                                               For MICHAEL BRADLEY BIGELOW
13                                             Attorney for Anjenette Brown

14 DATED: October 27, 2010                     /S/ Bruce Locke
                                               For SCOTT L. TEDMON
15                                             Attorney for Vennie Abram

16 DATED: October 27, 2010                     /S/ Bruce Locke
                                               For DAVID DELMER FISCHER
17                                             Attorney for Volaney Harris

18 DATED: October 27, 2010                     /S/ Bruce Locke
                                               For HAYES H. GABLE, III
19                                             Attorney for Felecia Edwards

20 DATED: October 27, 2010                     /S/ Bruce Locke
                                               For DINA LEE SANTOS
21                                             Attorney for Melissa Geddes

22 DATED: October 27, 2010                     /S/ Bruce Locke
                                               For MICHAEL E. HANSEN
23                                             Attorney for Gregory Ross

24 DATED: October 27, 2010                     /S/ Bruce Locke
                                               For MICHAEL L. CHASTAINE
25                                             Attorney for Kevin Wallace

26 DATED: October 27, 2010                     /S/ Bruce Locke
                                               For KELLY BABINEAU
27                                             Attorney for Waiki Pryor

28

29

1  DATED: October 27, 2010                    /S/ Bruce Locke
2                                             For JARED DOLAN
                                              Attorney for the United States
3
4
   **IT IS SO ORDERED.**
5
6
7  DATED: October 27, 2010            _____
                                      FRANK C. DAMRELL, JR.
8                                     UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29