Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
AISHA STEVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:10-CR-211 FCD |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | JUDGE: Honorable Frank C. Damrell, Jr. |
| TERRY ROBERSON et. al., | |
| Defendants. | |

  IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Jared Dolan, Assistant United States Attorney together with counsel for defendant Terry Roberson, Douglas Beevers, Esq., counsel for defendant Cedric Roberson, Bruce Locke Esq., counsel for defendant Eva Green, Olaf Hedberg, Esq., counsel for defendant Aisha Stevens, Preeti K. Bajwa, Esq., counsel for defendant Anjenette Brown, Michael Bigelow, Esq., counsel for defendant  Vennie Abram, Scott Tedmon, Esq., counsel for defendant Volaney Harris, David Fischer, Esq., counsel for defendant Felecia Edwards, Hayes Gable, Esq., counsel for defendant Melissa Geddes, Dina Santos, Esq.,  counsel for defendant Gregory Ross, Michael Hansen, Esq., counsel for defendant Kevin Wallace, Michael Chastaine, Esq., and counsel for defendant Waiki Pryor, Kelly Babineau, Esq., hereby agree and stipulate that the status conference presently set for January 10, 2011 be **continued to February 14, 2011, at 10:00 a.m.,** thus **vacating** the presently set status conference.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, January 10, 2011, to and including Monday February 14, 2011.

**TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT**

The parties (the government and all twelve (12) defendants) agree and stipulate that with the voluminous discovery, the number of defendants involved in the case (12), the complex legal issues involved in the case and the time needed by all defendants (12) to review all of the discovery produced by the government to date, it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161.  In addition, the parties stipulate and agree that the continuance requested herein is necessary to provide defense counsel reasonable time to prepare their respective clients' defenses taking into account due diligence and that the interests of justice in granting this reasonable request for a continuance outweighs the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare).

DATED:  January 6, 2011

Respectfully submitted,

/s/ Douglas Beevers_____
DOUGLAS BEEVERS
Attorney for Defendant
TERRY ROBERSON

DATED:  January 6, 2011

           Respectfully submitted,

           /s/ Bruce Locke
           BRUCE LOCKE
           Attorney for Defendant
           CEDRIC ROBERSON

DATED:  January 6, 2011

           Respectfully submitted,

           /s/ Olaf Hedbeg
           OLAF HEDBERG
           Attorney for Defendant
           EVA GREEN

DATED:  January 6, 2011

           Respectfully submitted,

           /s/ Preeti K. Bajwa
           PREETI K. BAJWA
           Attorney for Defendant
           AISHA STEVENS

DATED:  January 6, 2011

           Respectfully submitted,

           /s/ Michael Bigelow
           MICHAEL BIGELOW
           Attorney for Defendant
           ANJENETTE BROWN

DATED:  January 6, 2011

           Respectfully submitted,

           /s/ Scott Tedmon
           SCOTT TEDMON
           Attorney for Defendant
           VENNIE ABRAM

DATED: January 6, 2011

Respectfully submitted,

/s/ David Fischer
DAVID FISCHER
Attorney for Defendant
VOLANEY HARRIS

DATED: January 6, 2011

Respectfully submitted,

/s/ Dina Santos
DINA SANTOS
Attorney for Defendant
MELISSA GEDDES

DATED: January 6, 2011

Respectfully submitted,

/s/ Michael Hansen
MICHAEL HANSEN
Attorney for Defendant
GREGORY ROSS

DATED: January 6, 2011

Respectfully submitted,

/s/ Michael Chastaine
MICHAEL CHASTAINE
Attorney for Defendant
KEVIN WALLACE

DATED: January 6, 2011

Respectfully submitted,

/s/ Michael Chastaine
MICHAEL CHASTAINE
Attorney for Defendant
KEVIN WALLACE

| | |
|---|---|
| 1  DATED:  January 6, 2011 | Respectfully submitted, |
| 2 | |
| 3 | /s/ Kelly Babineau |
|   | KELLY BABINEAU |
| 4 | Attorney for Defendant |
| 5 | WAIKI PRYOR |
| 6 | |
| 7  DATED: January 6, 2011 | BENJAMIN WAGNER |
|   | United States Attorney |
| 8 | |
| 9 |  /s/ Jared Dolan |
|   | JARED DOLAN |
| 10 | Assistant U.S. Attorney |
| 11 | Attorney for Plaintiff |

12     IT IS SO ORDERED.

13

14  Dated: January 7, 2011

15  _____
    FRANK C. DAMRELL, JR.
16  UNITED STATES DISTRICT JUDGE