1 | BRUCE LOCKE (#177787)
Moss & Locke
2 | 800 Howe Avenue, Suite 110
Sacramento, CA 95825
3 | (916) 569-0667
(916) 569-0665 fax
4 | Attorneys for
CEDRIC ROBERSON

5

6 | IN THE UNITED STATES DISTRICT COURT

7 | FOR THE EASTERN DISTRICT OF CALIFORNIA

8 | UNITED STATES OF AMERICA,          )     No.  CR. S-10-211 FCD
                                      )
9 |              Plaintiff,           )
                                      )
10 |                                  )     STIPULATION AND ORDER
                                      )     TO CONTINUE STATUS CONFERENCE
11 |         v.                       )     FROM FEBRUARY 7, 2011 TO
                                      )     MARCH 28, 2011 AT 10:00 A.M.
12 | CEDRIC ROBERSON, et al.,         )
                                      )
13 |              Defendants.         )
     _____)

14 |      IT IS HEREBY STIPULATED AND AGREED between the following 10 defendants: Terry

15 | Roberson, Cedric Roberson, Eva Green, Aisha Stephens, Angenette Brown, John Smithson, Volaney

16 | Harris, Gregory Ross, Kevin Wallace, and Waiki Pryor, by and through their undersigned defense

17 | counsel and the United States of America by and through its counsel, Assistant U.S. Attorney Jared

18 | Dolan, that the status conference presently set for February 7, 2010 should be continued to March

19 | 28, 2011 at 10:00 a.m. The reason for the continuance is that the parties are engaged in reviewing the

20 | discovery and discussing resolution of the case without the need for a trial and additional time is

21 | needed to accomplish these two tasks.   The government has made plea offers to the various

22 | defendants. Accordingly, the time between February 7, 2011 and March 28, 2011 should be excluded

23 | from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv)

24 | and Local Code T-4 for defense preparation.   The parties stipulate that the ends of justice served by

25 | granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

26 | 18 U.S.C. §3161(h)(7)(A).  Mr. Dolan and other defense counsel have authorized Mr. Locke to sign

27 | this pleading for them.

28

29 |                       1

1

2    DATED: February 2, 2011              _____/S/ Bruce Locke_____
                                          BRUCE LOCKE
3                                         Attorney for Cedric Roberson

4    DATED: February 2, 2011              _____/S/ Bruce Locke_____
                                          For DOUGLAS J. BEEVERS
5                                         Attorney for Terry Roberson

6    DATED: February 2, 2011              _____/S/ Bruce Locke_____
                                          For OLAF WILLIAM HEDBERG
7                                         Attorney for Eva Green

8    DATED: February 2, 2011              _____/S/ Bruce Locke_____
                                          For PREETI KAUR BAJWA
9                                         Attorney for Aisha Stephens

10   DATED: February 2, 2011              _____/S/ Bruce Locke_____
                                          For MICHAEL BRADLEY BIGELOW
11                                        Attorney for Anjenette Brown

12   DATED: February 2, 2011              _____/S/ Bruce Locke_____
                                          For KIRK McALLISTER
13                                        Attorney for John Smithson

14
15   DATED: February 2, 2011              _____/S/ Bruce Locke_____
                                          For DAVID DELMER FISCHER
16                                        Attorney for Volaney Harris

17   DATED: February 2, 2011              _____/S/ Bruce Locke_____
                                          For MICHAEL E. HANSEN
18                                        Attorney for Gregory Ross

19   DATED: February 2, 2011              _____/S/ Bruce Locke_____
                                          For MICHAEL L. CHASTAINE
20                                        Attorney for Kevin Wallace

21   DATED: February 2, 2011              _____/S/ Bruce Locke_____
                                          For KELLY BABINEAU
22                                        Attorney for Waiki Pryor

23

24

25   DATED: February 2, 2011              _____/S/ Bruce Locke_____
                                          For JARED DOLAN
26                                        Attorney for the United States

27

28

29                                       2

**IT IS SO ORDERED.**

DATED:  February 2, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE