BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CEDRIC ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-10-211 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | FROM FEBRUARY 7, 2011 TO |
| | ) | MARCH 28, 2011 AT 10:00 A.M. |
| CEDRIC ROBERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between the following 10 defendants: Terry Roberson, Cedric Roberson, Eva Green, Aisha Stephens, Angenette Brown, John Smithson, Volaney Harris, Gregory Ross, Kevin Wallace, and Waiki Pryor, by and through their undersigned defense counsel and the United States of America by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the status conference presently set for February 7, 2010 should be continued to March 28, 2011 at 10:00 a.m. The reason for the continuance is that the parties are engaged in reviewing the discovery and discussing resolution of the case without the need for a trial and additional time is needed to accomplish these two tasks.  The government has made plea offers to the various defendants. Accordingly, the time between February 7, 2011 and March 28, 2011 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.   The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Mr. Dolan and other defense counsel have authorized Mr. Locke to sign this pleading for them.

1

DATED: February 2, 2011
      /S/ Bruce Locke
BRUCE LOCKE
Attorney for Cedric Roberson

DATED: February 2, 2011
      /S/ Bruce Locke
For DOUGLAS J. BEEVERS
Attorney for Terry Roberson

DATED: February 2, 2011
      /S/ Bruce Locke
For OLAF WILLIAM HEDBERG
Attorney for Eva Green

DATED: February 2, 2011
      /S/ Bruce Locke
For PREETI KAUR BAJWA
Attorney for Aisha Stephens

DATED: February 2, 2011
      /S/ Bruce Locke
For MICHAEL BRADLEY BIGELOW
Attorney for Anjenette Brown

DATED: February 2, 2011
      /S/ Bruce Locke
For KIRK McALLISTER
Attorney for John Smithson

DATED: February 2, 2011
      /S/ Bruce Locke
For DAVID DELMER FISCHER
Attorney for Volaney Harris

DATED: February 2, 2011
      /S/ Bruce Locke
For MICHAEL E. HANSEN
Attorney for Gregory Ross

DATED: February 2, 2011
      /S/ Bruce Locke
For MICHAEL L. CHASTAINE
Attorney for Kevin Wallace

DATED: February 2, 2011
      /S/ Bruce Locke
For KELLY BABINEAU
Attorney for Waiki Pryor

DATED: February 2, 2011
      /S/ Bruce Locke
For JARED DOLAN
Attorney for the United States

**IT IS SO ORDERED.**

DATED:  February 2, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE