Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
GREGORY ROSS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>TERRY ROBERSON, et al.,<br><br>            Defendants. | No. 2:10-CR-0211 FCD<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jared Dolan, Assistant United States Attorney, attorney for plaintiff; Douglas Beevers, attorney for defendant Terry Roberson; Bruce Locke, attorney for defendant Cedric Roberson; Preeti Bajwa, attorney for defendant Aisha Stephens; Michael Bigelow, attorney for defendant Anjenette Brown; Kirk McAllister, attorney for defendant John Smithson; Michael Hansen, attorney for defendant Gregory Ross; Michael Chastaine, attorney for defendant Kevin Wallace; and Kelly Babineau, attorney for defendant Waiki Pryor, that the previously-scheduled status conference date of March 28, 2011, be vacated and the matter set for status conference on April 25, 2011, at 10:00 a.m..

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through April 25, 2011, should be excluded in

1

**Stipulation and Order to Continue Status Conference**

1 computing time within which trial must commence under the Speedy Trial Act, pursuant to
2 Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 (reasonable time for defense
3 counsel to prepare).

4 Dated:  March 25, 2010                                      Respectfully submitted,

5
                                                              /s/ Michael E. Hansen
6                                                             MICHAEL E. HANSEN
                                                              Attorney for Defendant
7                                                             GREGORY ROSS

8 Dated:  March 25, 2010                                      /s/ Michael E. Hansen for
                                                              DOUGLAS BEEVERS
9                                                             Attorney for Defendant
                                                              TERRY ROBERSON
10
   Dated:  March 25, 2010                                     /s/ Michael E. Hansen for
11                                                            BRUCE LOCKE
                                                              Attorney for Defendant
12                                                            CEDRIC ROBERSON

13 Dated:  March 25, 2010                                     /s/ Michael E. Hansen for
                                                              PREETI BAJWA
14                                                            Attorney for Defendant
                                                              AISHA STEPHENS
15
   Dated:  March 25, 2010                                     /s/ Michael E. Hansen for
16                                                            MICHAEL BIGELOW
                                                              Attorney for Defendant
17                                                            ANJENETTE BROWN

18 Dated:  March 25, 2010                                     /s/ Michael E. Hansen for
                                                              KIRK McALLISTER
19                                                            Attorney for Defendant
                                                              JOHN SMITHSON
20
   Dated:  March 25, 2010                                     /s/ Michael E. Hansen for
21                                                            MICHAEL CHASTAINE
                                                              Attorney for Defendant
22                                                            KEVIN WALLACE

23 Dated:  March 25, 2010                                     /s/ Michael E. Hansen for
                                                              KELLY BABINEAU
24                                                            Attorney for Defendant
                                                              WAIKI PRYOR
25
   Dated:  March 25, 2010                                     /s/ Michael E. Hansen for
26                                                            JARED DOLAN
                                                              Assistant U.S. Attorney
27                                                            Attorney for Plaintiff

28

**Stipulation and Order to Continue Status Conference**

**ORDER**

IT IS HEREBY ORDERED that the previously-scheduled status conference date of March 28, 2011, be vacated and the matter set for status conference on April 25, 2011. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: March 28, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Status Conference**