BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CEDRIC ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-10-211 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE THE |
| | ) | STATUS CONFERENCE |
| v. | ) | FROM APRIL 25, 2011 TO |
| | ) | MAY 23, 2011 AT 10:00 A.M. |
| CEDRIC ROBERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between the following 10 defendants: Terry Roberson, Cedric Roberson, Aisha Stephens, Angenette Brown, John Smithson, and Waiki Pryor, by and through their undersigned defense counsel and the United States of America by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the status conference presently set for April 25, 2011 should be continued to May 23, 2011 at 10:00 a.m. The reason for the continuance is that the parties are engaged in reviewing the discovery and discussing resolution of the case without the need for a trial and additional time is needed to accomplish these two tasks. The government has made plea offers to the various defendants. Accordingly, the time between April 25, 2011 and May 23, 2011 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Mr. Dolan and the undersigned defense counsel have authorized Mr. Locke to sign this pleading for them.

| | | |
|---|---|---|
| 1 | DATED: April 22, 2011 | /S/ Bruce Locke |
| 2 | | BRUCE LOCKE<br>Attorney for Cedric Roberson |
| 3 | DATED: April 22, 2011 | /S/ Bruce Locke |
| 4 | | For DOUGLAS J. BEEVERS<br>Attorney for Terry Roberson |
| 5 | DATED: April 22, 2011 | /S/ Bruce Locke |
| 6 | | For PREETI KAUR BAJWA<br>Attorney for Aisha Stephens |
| 7 | DATED: April 22, 2011 | /S/ Bruce Locke |
| 8 | | For MICHAEL BRADLEY BIGELOW<br>Attorney for Anjenette Brown |
| 9 | DATED: April 22, 2011 | /S/ Bruce Locke |
| 10 | | For KIRK McALLISTER<br>Attorney for John Smithson |
| 12 | DATED: April 22, 2011 | /S/ Bruce Locke |
| | | For KELLY BABINEAU<br>Attorney for Waiki Pryor |
| 14 | DATED: April 22, 2011 | /S/ Bruce Locke |
| 15 | | For JARED DOLAN<br>Attorney for the United States |

IT IS SO ORDERED.

DATED: April 22, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2