BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CEDRIC ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-10-211 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE THE |
| | ) | SENTENCING HEARING |
| v. | ) | FROM NOVEMBER 18, 2011 TO |
| | ) | FEBRUARY 17, 2012 AT 9:00 A.M. |
| CEDRIC ROBERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between Terry Roberson and Cedric Roberson, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the sentencing of both defendants presently set for November 18, 2011 should be continued to February 17, 2012 at 9:00 a.m. The reason for the continuance is that one of the co-defendants has set his case for trial and the government will need Terry Roberson as a witness at that trial, and conceivably could need Cedric Roberson as a witness at the trial.  In any event, all the parties agree that Terry Roberson and Cedric Roberson should be sentenced together.  Mr. Dolan and Mr. Beevers have authorized Mr. Locke to sign this pleading for them.

The defendants' informal objections to the PSR shall be due on January 13, 2012; the PSR shall be provided to the Court and served on counsel on or before January 27, 2012; motions to correct the PSR shall be filed on or before February 3, 2012; and oppositions or statements of non-opposition shall be filed on or before February 10, 2012.

1

DATED: October 18, 2011          /S/ Bruce Locke
                                 BRUCE LOCKE
                                 Attorney for Cedric Roberson

DATED:  October 18, 2011          /S/ Bruce Locke
                                 For DOUGLAS J. BEEVERS
                                 Attorney for Terry Roberson

DATED:  October 18, 2011          /S/ Bruce Locke
                                 For JARED DOLAN
                                 Attorney for the United States

    IT IS SO ORDERED.

Dated:  October 20, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge