```
BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CEDRIC ROBERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-10-211 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE THE |
| | ) | SENTENCING HEARING |
| v. | ) | FROM FEBRUARY 17, 2012 TO |
| | ) | MARCH 16, 2012 AT 9:00 A.M. |
| CEDRIC ROBERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between Terry Roberson and Cedric Roberson, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the sentencing of both defendants presently set for February 17, 2012 should be continued to March 16, 2012 at 9:00 a.m. The reason for the continuance is that Terry Roberson has testified as a witness at a co-defendant's trial, and the defendants need to obtain a copy of the transcript of her testimony for use in the sentencing proceedings, particularly with respect to objections to the presentence report. In any event, all the parties agree that Terry Roberson and Cedric Roberson should be sentenced together. Mr. Dolan and Mr. Beevers have authorized Mr. Locke to sign this pleading for them.

The defendants' informal objections to the PSR shall be due on February 17, 2012; the PSR shall be provided to the Court and served on counsel on or before February 24, 2012; motions to correct the PSR shall be filed on or before March 2, 2012; and oppositions or statements of non-opposition shall be filed on or before March 9, 2012.

1

DATED: February 1, 2012              /S/ Bruce Locke
                                     BRUCE LOCKE
                                     Attorney for Cedric Roberson

DATED:  February 1, 2012             /S/ Bruce Locke
                                     For DOUGLAS J. BEEVERS
                                     Attorney for Terry Roberson

DATED:  February 1, 2012             /S/ Bruce Locke
                                     For JARED DOLAN
                                     Attorney for the United States

    IT IS SO ORDERED.

Dated:  February 1, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2