BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
CEDRIC ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-10-211 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE THE |
| | ) | SENTENCING HEARING |
| v. | ) | FROM FEBRUARY 17, 2012 TO |
| | ) | APRIL 20, 2012 AT 9:00 A.M. |
| CEDRIC ROBERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between Terry Roberson and Cedric Roberson, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Jared Dolan, that the sentencing of both defendants presently set for February 17, 2012 should be continued to April 20, 2012 at 9:00 a.m. The reason for the continuance is that Terry Roberson has testified as a witness at a co-defendant's trial, and the defendants need to obtain a copy of the transcript of her testimony for use in the sentencing proceedings, particularly with respect to objections to the presentence report.  All the parties agree that Terry Roberson and Cedric Roberson should be sentenced together. Mr. Dolan and Mr. Beevers have authorized Mr. Locke to sign this pleading for them.

The defendants' informal objections to the PSR shall be due on March 9, 2012; the PSR shall be provided to the Court and served on counsel on or before March 23, 2012; motions to correct the PSR shall be filed on or before April 6, 2012; and oppositions or statements of non-opposition shall be filed on or before April 13, 2012.

1

1
2
3  DATED: February 13, 2012                /S/ Bruce Locke
                                           BRUCE LOCKE
4                                          Attorney for Cedric Roberson

5  DATED:  February 13, 2012               /S/ Bruce Locke
                                           For DOUGLAS J. BEEVERS
6                                          Attorney for Terry Roberson

7

8  DATED:  February 13, 2012               /S/ Bruce Locke
                                           For JARED DOLAN
9                                          Attorney for the United States

10
11
12
13
            IT IS SO ORDERED.
14
15   Dated:  February 13, 2012

16
                                           _____
17                                         GARLAND E. BURRELL, JR.
                                           United States District Judge
18
19
20
21
22
23
24
25
26
27
28
29                                      2