```
BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TERRY ROBERSON,<br><br>　　　　　Defendant. | CASE NO. 2:10-cr-211 GEB<br><br>STIPULATION REGARDING<br>RESTITUTION |

**STIPULATION REGARDING RESTITUTION**

The United States of America and Terry Roberson, represented by undersigned counsel, hereby stipulate and agree that if the matter of restitution in this case proceeded to a hearing, the United States would establish that the defendant owes restitution, jointly and severally with all of her co-defendants, in the amount of $272,750.42  The victim in this case is the United States Government, Department of Agriculture, Forest Service.  Payment should be made to

Unit Collection Officer, Claims Branch
USFS Albuquerque Service Center
101B Sun Avenue
Albuquerque, New Mexico 87109-4473

1

1    Accordingly, the parties respectfully request that the Court
2 issue a judgment in accordance with the above amount and vacate the
3 restitution hearing, which is currently set for June 22, 2012.

Respectfully Submitted,


BENJAMIN B. WAGNER
United States Attorney

Date: 6/18/12                    /s/ Jared Dolan
                                 By: JARED C. DOLAN
                                 Assistant United States Attorney


Date: 6/18/12                    /s/ Jared Dolan for
                                 DOUGLAS BEEVERS
                                 Attorney for Terry Roberson


**IT IS SO ORDERED.**

Dated:   June 19, 2012


_____
GARLAND E. BURRELL, JR.
United States District Judge

2