DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TERRY ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00211 GEB |
| Plaintiff, | ) ) ) | STIPULATION FOR ORDER EXTENDING |
| v. | ) ) | DATE FOR SELF-SURRENDER; ORDER |
| TERRY ROBERSON, | ) ) | |
| Defendant. | ) ) ) | Judge: Hon. Garland E. Burrell, Jr. |

Defendant, TERRY ROBERSON, through counsel, hereby requests a 30 day extension of her self-surrender date from July 20, 2012 to August 20, 2012 at 2:00 p.m. The United States does not oppose this request.

Ms. Roberson seeks an extension of time to self-surrender because she may be called as a witness in the sentencing of a co-defendant. Government counsel, Jared Dolan, stipulates that Ms. Roberson's self-surrender date should be continued to allow Ms. Roberson to be called as a witness.

///

Based upon the foregoing, the parties stipulate and request that this Court vacate the self-surrender date of July 20, 2012, and enter an Order extending the self-surrender date 30 days to August 20, 2012.

Dated:  June 18, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
TERRY ROBERSON

Dated:  June 18, 2012

BENJAMIN B. WAGNER
United States Attorney

*/s/ Jared Dolan*
JARED DOLAN
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The self-surrender date of July 20, 2012 is vacated.  Defendant, TERRY ROBERSON, shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshal Service on August 20, 2012 by 2:00 p.m.

Dated:  June 21, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2